UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAKE'S, LTD., INC., ET AL.,

Plaintiffs,

v.

THE CITY OF COATES,

Defendant.

Case No. 00-192 DWF/AJB

**AMENDED NOTICE OF PRETRIAL CONFERENCE**

---

You are hereby given notice that pretrial conference in the above referenced case previously scheduled for March 21, 2000, at 10:00 a.m., has been moved. The pretrial conference will now take place on **March 22, 2000, at 2:30 p.m.**, before the undersigned Magistrate Judge in Room 638, U.S. Courthouse, 316 North Robert Street, St. Paul, MN 55101.

Dated: 3/15/00

Arthur J. Boylan
U. S. Magistrate Judge

Filed MAR 15 2000
Francis E. Dosal, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________