# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jake's Ltd. a Minnesota corporation
and Richard J. Jacobson

Case No. Civil 00-192 DWF/AJB

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

The City of Coates,
a municipal corporation

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Defendant's request for a revised order is granted. Plaintiffs' motion for amended findings and for a stay of the trial court's decision pending appeal is granted in part and denied in part.

DATE: March 13, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk