**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jake's, Ltd., Inc., a Minnesota corporation, and Richard J. Jacobson,

Plaintiffs,

v.

The City of Coates, a municipal corporation,

Defendant.

Civil No. 00-192 (DWF/AJB)

**AMENDED ORDER**

---

Randall D.B. Tigue, Esq., Tigue Law Office, 2940 Pillsbury Avenue South, Suite 200, Minneapolis, Minnesota 55408, on behalf of Plaintiffs.

James J. Thomson, Esq. and Joe Y. Yang, Esq., Kennedy & Graven, 470 Pillsbury Center, 200 6th Street South, Minneapolis, Minnesota 55402, on behalf of Defendant.

---

The above-entitled matter is before the undersigned United States District Judge, pursuant to Plaintiffs' Motion to Modify Contempt Order or to Order Compensation. In order to clarify and amend the Court's June 19, 2002, Order, the Court hereby enters the following:

**ORDER**

1. Plaintiffs' Motion to Modify Contempt Order or to Order Compensation is **DENIED**; and

2. This Court's Order of June 19, 2002, is clarified and amended to read as follows:

   1. That Plaintiffs' Motion to Strike (Doc. No. 40) is **GRANTED**; and

   2. That Defendant's Motion for Contempt Order (Doc. No. 35) is **GRANTED** such that:

JUN 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

a. The Court finds Plaintiffs to be in contempt of this Court's March 13, 2001, Order by continuing to operate a sexually-oriented business at 15981 Clayton Avenue in Coates, Minnesota, in violation of city ordinances. The Court further finds that Plaintiffs have failed to abide by this Court's March 13, 2001, Order since May 22, 2002, the date of the Eighth Circuit Court of Appeals mandate enforcing this Court's March 13, 2001, Order;

b. Plaintiffs are ordered to close the sexually-oriented business at 15981 Clayton Avenue in Coates, Minnesota as of 6:00 p.m. Friday, June 21, 2002, and are further ordered to place a conspicuous sign at all entrances to the premises stating that the sexually-oriented business has been closed pursuant to an order of the United States District Court for the District of Minnesota.

The United States Marshal is hereby respectfully directed to place a seal on Plaintiffs' sexually-oriented business located at 15981 Clayton Avenue in Coates, Minnesota.

All signs and seals may be lifted from the property at 15981 Clayton Avenue in Coates, Minnesota upon a showing or affirmation from Plaintiffs, with reasonable notice to Defendant and subsequent approval of the Court, that any and all businesses at the aforementioned address are in compliance with ordinances of the City of Coates and orders of the Eighth Circuit and the United States District Court for the District of Minnesota;

c. Plaintiffs shall pay Defendant $1,000 per day for each day that Plaintiffs continue to operate a sexually-oriented business at 15981 Clayton

Avenue in Coates, Minnesota after 6:00 p.m. Friday, June 21, 2002, in violation of this Court's orders in this matter; and

d. Finding that Plaintiffs' opposition to Defendant's motion is not made in good faith, the Court further orders Plaintiffs to pay Defendant for all costs and attorney fees incurred in enforcing and assuring compliance with this Court's March 13, 2001, Order, including the attorney fees and costs relating to the current motions before the Court. Defendant is respectfully directed to submit an affidavit to the Court by July 1, 2002, setting forth the attorney fees and costs sought pursuant to this provision. Plaintiffs may then submit a response to Defendant's affidavit to be filed with the Court by July 8, 2002.

Dated: June 21, 2002

DONOVAN W. FRANK
Judge of United States District Court