**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jake's, Ltd., Inc., a Minnesota corporation, and Richard J. Jacobson,

Plaintiffs,

v.

The City of Coates, a municipal corporation,

Defendant.

Civil No. 00-192 (DWF/AJB)

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER FOR JUDGMENT ON PLAINTIFFS' MOTION FOR ATTORNEY FEES**

---

Randall D.B. Tigue, Esq., Tigue Law Office, 2940 Pillsbury Avenue South, Suite 200, Minneapolis, Minnesota 55408, on behalf of Plaintiffs.

James J. Thomson, Esq., Kennedy & Graven, 470 Pillsbury Center, 200 Sixth Street South, Minneapolis, Minnesota 55402, on behalf of Defendant.

---

The above-entitled matter is before the Court upon Defendant's motion for attorney fees and costs. On October 4, 2002, the Court entered an order finding the Defendant in contempt of this Court's orders of March 13, 2001, and June 19, 2002, by continuing to operate a sexually oriented business at 15981 Clayton Avenue in Coates, Minnesota, in violation of city ordinances. The Court further found that Plaintiffs had failed to abide by the Court's March 13, 2001, and June 19, 2002, orders since June 28, 2002, the date that Jake's re-opened for business, and through September 4, 2002, the date of the hearing on this matter. At paragraph 2 of the Court's October 4, 2002, order, the Court directed the Defendant to submit an affidavit setting forth the attorney fees and costs incurred in enforcing and ensuring compliance with the March 13, 2001, and June 19, 2002, orders of the Court. The Defendant has done so.

NOV 2 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 2 6 2002
DEPUTY CLERK

Based upon the presentations of the parties; the Court having reviewed the submissions of the parties, the contents of the Court's file, the record before the Court, and the procedural history of the file; and the Court being otherwise duly advised in the premises, the Court hereby makes the following:

**FINDINGS OF FACT**

1. As noted above, the Court found in its order of October 4, 2002, that Plaintiffs were in default of this Court's orders of March 13, 2001, and June 19, 2002.

2. The Defendant has submitted a request for attorney fees and costs in the amount of $6,894.73. The affidavit of James J. Thomson, describing the fees and costs incurred, is attached hereto as Exhibit A.

3. The Court finds and concludes that the hourly rate submitted by the Defendant is reasonable, such rate being $140 for James J. Thomson. The Court finds that the request for $6,370 in attorney fees is reasonable.

4. The Court finds that the request for costs and disbursements in the amount of $524.73 is reasonable and appropriate.

5. The Court finds that the total amount sought by the Defendant of $6,894.73 is fair and reasonable, based upon the record before the Court.

6. Any conclusion of law that is deemed a finding of fact is incorporated herein as such.

Based upon the above findings of fact, the Court now makes its:

## CONCLUSIONS OF LAW

1. The Court finds and concludes that the Defendant City of Coates is entitled to a judgment of this Court for reasonable attorney fees and costs, consistent with the findings of fact above, in the amount of $6,894.73.

2. That any finding of fact which is deemed a conclusion of law is incorporated herein as such.

Based upon the above findings of fact and conclusions of law, the Court now enters the following:

## ORDER

1. Consistent with the findings of fact and conclusions of law, Defendant The City of Coates is entitled to a judgment of this Court in the amount of $6,894.73 for reasonable attorney fees and costs against Plaintiffs Jake's, Ltd., Inc., and Richard J. Jacobson. Plaintiffs Jake's, Ltd., Inc., and Richard Jacobson shall pay this amount by cashier's check to Defendant The City of Coates by December 6, 2002.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 25, 2002

DONOVAN W. FRANK
Judge of United States District Court

COPY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Jake's Ltd., Inc. a Minnesota corporation and Richard J. Jacobson,

Plaintiffs,

v.

The City of Coates, a municipal Corporation,

Defendant.

Case No. 00-192 DWF/AJB

**AFFIDAVIT OF JAMES J. THOMSON**

---

STATE OF MINNESOTA )
)SS
COUNTY OF HENNEPIN )

I, James J. Thomson, being first duly sworn, under oath state as follows:

1. I am an attorney with the law firm of Kennedy & Graven, Chartered, and the attorney for Defendant City of Coates in this matter. I am submitting this Affidavit in support of the City's request for attorney's fees, costs and disbursements as authorized by this Court's Order dated October 4, 2002.

2. I have over 25 years of legal experience with particular emphasis in the areas of municipal law and municipal litigation. I was admitted to the State Bar of California and to the United States District Court for the Southern District of California in 1976. I was admitted to the State Bar of Minnesota and to this Court in 1982. I am also admitted to practice before the Eighth Circuit and the United States Supreme Court.

3. In 2002, the hourly rate that is being charged for my time in connection with this

matter is $140. The hourly rate for legal assistants and law clerks are $75 and $60 respectively. Our firm charges $.20 per page for photocopies and $.50 per page for facsimiles. Out-of-pocket expenses, such as process serving and postage, are billed at our direct out-of-pocket costs.

4. Attached to this Affidavit is a printout of all attorney time, costs, and disbursements associated with the City's Motion for Further Contempt. The attorney's fees associated with the City's Motion for Further Contempt is $6,370.00, and the costs and disbursements are $524.73, for a total of $6,894.73. I request that this amount be awarded as attorney's fees and costs.

5. Based on my knowledge and experience of hourly rates for attorneys in the metropolitan area, I believe that the hourly rate charged for my services is reasonable, as is the amount charged for costs and disbursements.

James J. Thomson

Subscribed and sworn to before me this 15th day of October, 2002.

Notary Public

LUCILLE M. HADLER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005

**Kennedy & Graven**
Chartered
200 South Sixth Street, Suite 470
Minneapolis MN 55402
(612) 337-9300

October 15, 2002

Legal Services, Costs and Expenses In Connection With
Jake's Ltd., Inc. v. City of Coates
(BE295-63) (LMCIT File No. 11029570)

---

PROFESSIONAL SERVICES in connection with the notice of motion and motion for further contempt, as follows:

| Date | Attorney | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/2/02 | JJT | Letter from R Tigue re re-opening of business; letter to J Gores | .60 | 140.00 | 84.00 |
| 7/8/02 | JJT | Phone call from Lieutenant Theriault; fax background material to Lieutenant Theriault | .80 | 140.00 | 112.00 |
| 7/26/02 | JJT | Phone call from S Theriault; review police reports | 1.20 | 140.00 | 168.00 |
| 8/8/02 | JJT | Review police reports; review previous contempt order; voicemail to Judge Frank's clerk re hearing date; prepare brief | 3.20 | 140.00 | 448.00 |
| 8/9/02 | JJT | Review standards re contempt; revise memorandum; prepare proposed order | 2.70 | 140.00 | 378.00 |
| 8/12/02 | JJT | Revise memo in support of contempt motion; prepare affidavit; revise order | 4.70 | 140.00 | 658.00 |
| 8/13/02 | JML | Intraoffice conference with J Thomson re strategy for contempt motions, attorneys fees issues | .30 | 140.00 | 42.00 |
| 8/13/02 | JJT | Compile exhibits in support of contempt motion; finalize memo and affidavit; telephone call to Officer Parks; letter to R Tigue; letter to court administrator | 4.50 | 140.00 | 630.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8/14/02 | JJT | Review pictures re "pennies" incident; telephone call to J Gores | .50 | 140.00 | 70.00 |
| 8/20/02 | JJT | Review order scheduling contempt hearing; letter to R Tigue; telephone call to J Gores; letter to J Gores; telephone call to M Karnick re affidavit | 1.40 | 140.00 | 196.00 |
| 8/22/02 | JJT | Prepare affidavit of M Karnick; telephone call to M Karnick; revise affidavit; telephone call to J Gores | 1.80 | 140.00 | 252.00 |
| 8/23/02 | JJT | Review additional information re "pennies" incident; letter to R Tigue re contempt hearing | .70 | 140.00 | 98.00 |
| 8/26/02 | JJT | Review Tigue's motion to continue hearing; review affidavit; phone call to R Tigue; phone call with Judge Frank's clerk; letter to J Gores; letter to R Tigue | 1.60 | 140.00 | 224.00 |
| 9/4/02 | JJT | Prepare for and attend contempt hearing | 4.10 | 140.00 | 574.00 |
| 9/5/02 | JJT | Email to R Weisbrod re results of hearing | .50 | 140.00 | 70.00 |
| 9/10/02 | JJT | Review R Tigue's memorandum in opposition to contempt motion | .50 | 140.00 | 42.00 |
| 9/12/02 | JJT | Research law re contempt; review cases cited by R Tigue; review Judge Frank's previous rulings | 2.40 | 140.00 | 336.00 |
| 9/13/02 | JJT | Prepare outline of reply memorandum; phone call from J Gores | 1.80 | 140.00 | 252.00 |
| 9/15/02 | JJT | Prepare reply memorandum re contempt motion | 3.00 | 140.00 | 420.00 |
| 9/16/02 | JJT | Review and revise reply memorandum; finalize memo; letter to R Tigue; letter to Judge Frank; letter to J Gores; letter to R Tigue | 4.70 | 140.00 | 658.00 |
| 9/22/02 | JJT | Review R Tigue reply memorandum; review cases cited in memo | 1.60 | 140.00 | 224.00 |
| 9/23/02 | JJT | Review and analyze R Tigue's responsive memo; letter to Judge Frank | 1.10 | 140.00 | 154.00 |
| 10/7/02 | JJT | Review Judge Frank's order; phone call to mayor; letter to mayor and council | 1.20 | 140.00 | 168.00 |
| 10/14/02 | JJT | Prepare affidavit re costs and disbursements | .80 | 140.00 | 112.00 |
| | | Total Attorney's Fees | | | $6,370.00 |

HADLEL-221898v1
BE295-63

COSTS AND DISBURSEMENTS in connection with the notice of motion and motion for further contempt, as follows:

| | | |
|---|---|---|
| 7/1/02 | Fax | $ 1.00 |
| 7/1/02 | Postage | .37 |
| 7/1/02 | Postage | 3.70 |
| 7/1/02 | Fax | 4.00 |
| 7/1/02 | Fax | 4.00 |
| 7/1/02 | Postage | .60 |
| 7/1/02 | Fax | 2.50 |
| 7/1/02 | Fax | 2.50 |
| 7/2/02 | Metro Legal Services; court filing service | 10.00 |
| 7/2/02 | Postage | 7.47 |
| 7/3/02 | Fax | 1.50 |
| 7/8/02 | Westlaw; research charges | 85.83 |
| 8/2/02 | Fax | 1.00 |
| 8/2/02 | Postage | 3.70 |
| 8/13/02 | Platinum Courier; messenger service | 67.50 |
| 8/13/02 | Postage | 13.68 |
| 8/13/02 | Postage | 11.98 |
| 8/13/02 | Fax | 15.00 |
| 8/20/02 | Fax | 2.50 |
| 8/20/02 | Fax | 1.00 |
| 8/21/02 | Postage | 6.14 |
| 8/22/02 | Fax | 3.50 |
| 8/23/02 | Postage | .60 |
| 8/23/02 | Postage | .60 |
| 8/23/02 | Fax | 4.00 |
| 8/24/02 | Westlaw; research charges | 88.87 |
| 8/26/02 | Postage | 4.50 |
| 8/27/02 | Postage | 1.66 |
| 8/27/02 | Postage | 4.30 |
| 8/29/02 | Fax | 1.50 |
| 9/5/02 | Fax | 6.00 |
| 9/10/02 | Postage | .74 |
| 9/11/02 | Postage | 13.68 |
| 9/16/02 | Edina Couriers LLC; delivery service | 19.88 |
| 9/16/02 | Fax | 4.50 |
| 9/16/02 | Fax | 4.50 |
| 9/16/02 | Fax | 1.00 |
| 9/16/02 | Postage | 12.90 |
| 9/16/02 | Postage | .83 |
| 9/16/02 | Postage | .74 |
| 9/18/02 | Fax | 1.00 |
| 9/20/02 | Westlaw; rcscarch charges | 93.25 |

| | | | |
|---|---|---|---|
| 9/23/02 | Postage | 7.47 | |
| 9/23/02 | Postage | .74 | |
| 9/23/02 | Fax | 1.00 | |
| 9/23/02 | Fax | 1.00 | |
| | Total Costs and Disbursements | | $ 524.73 |

| | |
|---|---|
| TOTAL ATTORNEY'S FEES, COSTS AND DISBURSEMENTS | $6,894.73 |