AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jake's Ltd, Inc and Richard J. Jacobson

V.

The City of Coates

## JUDGMENT IN A CIVIL CASE

Case Number: 00-192 DWF/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendant The City of Coates is entitled to a judgment of this Court in the amount of $6,894.73 for reasonable attorney fees and costs against Plaintiffs Jake's Ltd., Inc. and Richard J. Jacobson. Plaintiffs Jake's Ltd., Inc. and Richard J. Jacobson shall pay this amount by cashier's check to Defendant The City of Coates by December 6, 2002.

November 26, 2002
Date

RICHARD D. SLETTEN, CLERK

Victoria Moralez
(By) Victoria Moralez, Deputy Clerk