**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jake's, Ltd., Inc., a Minnesota corporation, and Richard J. Jacobson,

Plaintiffs,

v.

The City of Coates, a municipal corporation,

Defendant.

Civil No. 00-192 (DWF/AJB)

**ORDER**

---

Randall D.B. Tigue, Esq., Tigue Law Office, 3960 Minnehaha Ave. S., Ste. 100, Minneapolis, Minnesota 55406, counsel for Plaintiffs.

James J. Thomson, Esq., Kennedy & Graven, 470 Pillsbury Center, 200 6th Street South, Minneapolis, Minnesota 55402; Joe Y. Yang, St. Paul Companies, 385 Washington St., St. Paul, MN 55102, counsel for Defendant.

---

The above-entitled matter is before the undersigned United States District Judge pursuant to the Eighth Circuit's remand dated January 30, 2004. *See Jake's Ltd., Inc. v. City of Coates*, 356 F.3d 896 (8th Cir. 2004). In compliance with the Eighth Circuit's remand, the Court hereby enters the following:

**ORDER**

1. This Court's Order dated June 19, 2002 (Doc. No. 60), remains in effect;

2. This Court's Order of October 4, 2002 (Doc. No. 85), is modified to provide only the following relief:

a. Defendant The City of Coates is entitled to a judgment of this Court in the amount of $539, by cashier's check, for the reasonable costs incurred by The City of Coates to process the payment made to Defendant on August 12, 2002, in pennies;

b. Defendant The City of Coates is entitled to a judgment of this Court in the amount of $62.57, by cashier's check, representing the deficiency in payment on August 12, 2002, by Plaintiffs pursuant to this Court's August 1, 2002, Order.

3. The remaining portions of this Court's Order dated October 4, 2002 (Doc. No. 85), are vacated.

Dated: May 6, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court