O AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jake's Ltd, Inc, a Minnesota corporation,
and Richard J. Jacobson

V.

The City of Coates, a municipal corporation

## JUDGMENT IN A CIVIL CASE

Case Number: 00-192 DWF/AJB

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's order dated 6/19/02 remains in effect. This court's order of 10/4/02 is modified to provide only the following relief. Defendant The City of Coates is entitled to ta judgment of this court in the amount of $539, by cashier's check, for the reasonable costs incurred by The City of Coates to process the payment made to Defendant on 8/12/02 in pennies. Defendant The City of Coates is entitled to a judgment of this court in the amount of $62.57, by cashier's check, representing the deficiency in payment on 8/12/02 by Plaintiffs pursuant to this Court's 8/1/02 Order. The remaining portions of this Court's order dated 10/4/02 are vacated.

May 7, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Victoria Moralez
(By) Victoria Moralez, Deputy Clerk